UNITED STATES DISTRCT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| PATRICIA HOAG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:10-cv-0025 |
| | ) Judge Haynes |
| ERIC K. SHINSKEI, SECRETARY OF | ) |
| THE UNITED STATES DEPARTMENT | ) |
| OF VETERANS AFFAIRS, and | ) |
| The UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

*ORDER*
*The motion is*
*GRANTED*
*[signature]*
*[illegible]*
*9-30-10*

### MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO TRANSFER CASE

COMES NOW defendants, United States Department of Veterans Affairs (hereafter "VA") and the United States of America (hereafter "United States"), by and through the United States Attorney for the Middle District of Tennessee as counsel, by the undersigned, and moves this Court under Local Court Rule 7.01(b) to be allowed to file the accompanying Reply to the Plaintiff's filed opposition to dismissal of her case and her related request for transfer of her case to the Court of Claims. As grounds for this Motion for Leave, your Movant would show that the Accompanying Reply is meant to bring additional relevant legal authorities to the court's attention on the precise legal points in dispute. The attached Reply also states the government's position on the Plaintiff's pending Motion to transfer this case. It is believed that the submitted Reply will assist the Court and will not unfairly prejudice the Plaintiff in this cause.

WHEREFORE your Movant respectfully asks that this Court accept for filing and accord due consideration to the accompanying Reply to Plaintiff's Response to Defendant's Motion to Dismiss